*√# 116 # 12884*

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 SEP 13 PM 2:36

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  HAHN, TROY M
        HAHN, STACEY

Case No. 09-37597

Judge MARY ANN WHIPPLE

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Associated Pathologist Inc. | 715 Coy Rd, Oregon, OH 43616-3007 | $1.39 |
| Chase Bank USA, N.A. c/o Creditors Bankruptcy Service | PO Box 740933, Dallas, TX 75374 | $3.03 |
| Mercy St Vincent Medical Center | PO Box 740819, Cincinnati, OH 45274-0819 | $2.07 |
| Internal Revenue Service | 1240 E 9th St, Rm 403, Cleveland, OH 44199 | $.004 |

Check #116 for $6.53 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Patti Baumgartner-Novak, Trustee

Dated: 9/9/10
cc: Office of the U.S. Trustee